IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br><br>and<br><br>**STATE OF RHODE ISLAND**<br>Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br><br>       Plaintiffs,<br><br>  v.<br><br>**LIFESPAN CORPORATION**<br>167 Point Street<br>Providence, RI 02903<br><br>and<br><br>**CARE NEW ENGLAND HEALTH SYSTEM**<br>4 Richmond Square<br>Providence, RI 02906<br><br>       Defendants. | Civil Action No. 1:22-cv-00081-WES-LDA |

## NOTICE OF DISMISSAL

In view of Lifespan Corporation and Care New England Health System's (collectively, "the Defendants") termination of their definitive agreement on February 23, 2022 and Defendants' withdrawal of their Hart-Scott-Rodino Notification and Report Forms for this proposed

-1-

transaction on February 24, 2022, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs voluntarily dismiss without prejudice their claims asserted in this action against Defendants.

Dated:  February 28, 2022

Respectfully submitted,

| | |
|---|---|
| */s/ Susan A. Musser* | */s/ Peter F. Neronha.* |
| | |
| SUSAN A. MUSSER | PETER F. NERONHA |
| (D.C. Bar 1531486) | Attorney General |
| Senior Trial Counsel | |
| Federal Trade Commission | By: */s/ Miriam Weizenbaum* |
| Bureau of Competition | MIRIAM WEIZENBAUM (R.I. Bar 5182) |
| 600 Pennsylvania Avenue, NW | Chief, Civil Division |
| Washington, DC 20580 | Office of the Attorney General |
| Tel: (202) 326-2122 | 150 South Main Street |
| smusser@ftc.gov | Providence, RI 02903 |
| | Tel: (401) 274-4400 (ex. 2303) |
| MARK SEIDMAN | mweizenbaum@riag.ri.gov |
| (D.C. Bar 980662) | |
| Assistant Director | STEPHEN N. PROVAZZA (R.I. Bar 10435) |
| Mergers IV Division | Chief, Consumer & Economic Justice Unit |
| Federal Trade Commission | sprovazza@riag.ri.gov |
| Bureau of Competition | |
| mseidman@ftc.gov | |
| | *Attorneys for Plaintiff* |
| ROHAN PAI | *the State of Rhode Island* |
| (D.C. Bar 1015652) | |
| Deputy Assistant Director | |
| Mergers IV Division | |
| Federal Trade Commission | |
| Bureau of Competition | |
| rpai@ftc.gov | |

*Attorneys for Plaintiff*
*Federal Trade Commission*
*Bureau of Competition*

## CERTFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2022, I electronically filed the foregoing using the United States District Court for the District of Rhode Island's CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Susan A. Musser

SUSAN A. MUSSER

*Attorney for Plaintiff*
*Federal Trade Commission*
*Bureau of Competition*